Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC.,<br><br>*Plaintiffs*<br><br>v.<br><br>AMAZING5555, AMAZING6666, AMAZING8888, AMAZINGPOPULARTOYS, BABYONLINE, BABYONLINEDRESSES, BEAUTYDESIGN, BESTOFFERS FACTORY, BOOM2015, BUBBLE POPPERS, CHINA1ONE, CINDERELLADRESS, CWMSPORTS, DECOMPRESSION TOYS, DHGATE STORES, DHSUPSELLER, DRESSAVE, DRESSESGIRLFACTORY, EARLYBIRDNO1, ENJOYSHOPPINGMART, FACTORY-SALE, FIGURE925, HIGHCLEVER, HIROHOME, HOME_SPORT, HOT WIND PROFESSIONAL WEDDING & FORMAL OCCASION DRESSES SUPPLIER, KEEPONSPORTS, KIDCOSTUME, KIDSTOYS_WHOLESALE, LETSPORTS, LOUISVIP2, LSPORTSTAR, LUCKYQING88, MAZIWS, MIDOLL, MIXTOY, MYSHOP6, | **21-cv-10327 (NRB)**<br><br>[~~PROPOSED~~]<br>**UNSEALING ORDER** |

OFFICESUPPLY, ONE-STOPOS WEDDING DRESS MANUFACTURER, PHOENIX_CHAN, POP IT BUBBLE, POP_IT, PROMOTIONSPACE, PUSH BUBBLE TOY, SANHAI001, SEXY0816, SPRINGWEDDING, TOPBRILIANT2020, TOYS_QINGCHENG and TOYSMALL666,

*Defendants*

WHEREAS the sealing in this Action is no longer warranted; it is hereby

ORDERED that the case be unsealed and that the prior filings be uploaded to the Court's Electronic Case Filing system.

SIGNED this __3rd__ day of __January__, 2022.
New York, New York

_____
HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE